# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **STEPHEN W. BAILEY**<br>**GLORIA I. BAILEY**<br>   Debtor(s) | Chapter: 13<br><br>Case Number: **1:14-bk-04333-MDF** |
| **CHARLES J. DEHART, III**<br>**(TRUSTEE)**<br>   Movant(s)<br> vs.<br>**STEPHEN W. BAILEY**<br>**GLORIA I. BAILEY**<br>   Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(JK)

Dated: April 11, 2016

MDPA-Dismiss Case.WPT - REV 01/15