IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN & GLORIA BAILEY : CHAPTER 13
DEBTORS : Case No. 1-14-BK-04333-MDF

## ORDER REINSTATING CHAPTER (13) BANKRUPTCY PETITION

**AND NOW**, upon consideration of debtor's Motion to Reinstate Chapter 13 Bankruptcy Petition and after having determined that the debtors are compliant with the Order of Court it is hereby **ORDERED AND DECREED** that debtor's Motion is **GRANTED** and the Chapter 13 Bankruptcy Petition is hereby Reinstated.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

Dated: April 21, 2016